UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 JUL 10 PH 3: 50

Adrienne Lucille Young

_____

Write the full name of each plaintiff.

-against-

Mazak Corporation

_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

**25 CV 5726**

(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Adrienne                    Lucille                Young

First Name                  Middle Initial         Last Name

1366 Sullivan Ave

Street Address

Hartford,        South Windsor        CT        06074

County, City                                State            Zip Code

860-810-1254                           adrienneyoung3016.yahoo.com

Telephone Number                       Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    William Weir

Name

8025 Production Drive

Address where defendant may be served

Florence, KY                41042

County, City              State            Zip Code

Defendant 2:    Mazak Corporation

Name

8025 Production Drive

Address where defendant may be served

Florence ,KY        41042

County, City              State            Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                          State                          Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Mazak corporation

Name

700 old county Circle

Address

Windsor Locks    CT    06096

County, City                          State                          Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race:    _____

☑ color:    I was the only African American hired until August 2025 for the Northeast Region.

☐ religion:

☐ sex:    _____

☐ national origin:    _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

Conn. Gen. STAT. § 46a-58(a)

Conn. Gen. STAT. 46a-60(b)(1)

Conn. Gen. STAT. 46a-58(a)

Conn. Gen. STAT. 46a-60(b)(4)

Title VII of Civil Rights Act of 1964, 42 U.S.C 2000e

( rule for more than 15 individuals Employees)

Page 4

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☑  retaliated against me

☑  harassed me or created a hostile work environment

☑  other (specify):  Caused emotional and mental abuse, Defamation of character, stalking, gossiping & differential treatment

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I have included 200+ supplemental documents backing up my claims. Actions taken were properly demostrated and followed. I have multiple emails between hire ups regarding my career, future & concerns. I have been retaliated against because I filed a suit with CHRO, CT and it was dismissed December 19th 2024

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

I will need to obtain these information as I have it. I simply forgot to attach it.

Page 5

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  _____

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  _____

When did you receive the Notice?  _____

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

I have been forced to resign due to mental Anguish, mental Abuse, and is now working temporary Jobs to cover basic life needs, pay for my Uconn Colleges tuition, defamation of character, retaliation different treatment and had I retired from Mazak as planned I would've made over $1.4 million in 20 years. I never had any complaints, bad reviews

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

7/10/2025

**Dated**

**Plaintiff's Signature**

Adrienne         Lucille         Yang

**First Name**         **Middle Initial**         **Last Name**

1306 Sullivan Street

**Street Address**

South Windsor,         CT         06074

**County, City**         **State**         **Zip Code**

860-810-1254         adrienneyoung301@yahoo.com

**Telephone Number**         **Email Address (if available)**

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY  10004-2112
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
New York Direct Dial:  (929) 506-5270
FAX (212) 336-3625
Website:  www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:**   Adrienne Young
1366 Sullivan Avenue
South Windsor, CT 06074

**Re:**   Adrienne Young v. Mazak Corporation

EEOC Charge Number:  16A-2024-01761

EEOC Representative and email:      Hernan Morales
hernan.morales@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:
Digitally Signed By:Elizabeth Rader
04/15/2025
Elizabeth Rader
Acting District Director

cc:     Jeanette  Nelso Nelson-Fosnight          Cynthia Jennings
Corporate Paralegal                    86 Hartland Street
Mazak Corporation                      Hartford, CT 06112
700 Old County Circle
Windsor Locks, CT 06096



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5ᵗʰ Floor
New York, NY  10004-2112
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
New York Direct Dial:  (929) 506-5270
FAX (212) 336-3625
Website:  www.eeoc.gov

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.

# STATE OF CONNECTICUT
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

### AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

| FOR CHRO USE ONLY | |
|---|---|
| Case No. _____ | Date: _____ |
| EEOC No. _____ | |

My name is:     Adrienne Young

My mailing address is:     1366 Sullivan Avenue, South Windsor, CT 06074

My telephone number is:     860-810-1254

My email address is:     adrienneyoung301@yahoo.com

The respondent is:     Mazak Corporation

Whose business address is:     700 Old County Circle, Windsor Locks, CT 06096

**I was ...**
(Include the date of the actions taken against you. If ongoing, write "ongoing".)

☒ discriminated against in terms and conditions   6/26/2022-ongoing

☐ discharged _____

☐ suspended _____

☐ placed on probation _____

☒ demoted   10/2022

☒ warned   6/26/24

☐ given a poor evaluation _____

☐ denied a raise _____

☐ less trained _____

☐ denied an office _____

☐ denied equal service(s) _____

☐ other: _____

☐ not hired/promoted _____

☐ given unequal duties _____

☒ harassed   6/26/22-ongoing

☐ sexually harassed _____

☐ earning different pay _____

☐ constructively discharged _____

☒ retaliated against   6/26/22-ongoing

☐ transferred _____

☐ given difficult assignment _____

☐ not recalled _____

**I believe that my...**
(Identify the protected class status you believe you were discriminated against because of)

☒ Race   African American

☐ Color _____

☐ Religious creed _____

☐ Age _____

☐ Gender identity/expression _____

☐ Marital status _____

☐ National origin _____

☒ Sex: ☐ Male ☒ Female _____

☐ Ancestry _____

☐ Other: _____

☒ Previous opposition to discriminatory conduct

☐ Mental disability _____

☐ Intellectual disability _____

☐ Learning disability _____

☐ Physical disability _____

☐ Veteran status _____

☐ Prior criminal conviction _____

☐ Sexual orientation _____

☐ Pregnancy _____

☐ Lawful source of income _____

☐ Genetic information _____

internal complaints/advocacy

**Was/Were in part a factor(s) in this action.**

| CHARGE OF DISCRIMINATION<br>This form is effected by the Privacy Act of 1974. | AGENCY<br>[ ] FEPA<br>[X] EEOC | CHARGE NUMBER |
|---|---|---|

| CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES AND EEOC<br>(State or local Agency, if any) |||

| NAME (indicate ☐Mr., ☒Ms., or ☐Mrs.)<br>Adrienne Young | HOME TELEPHONE NO. (include Area Code)<br>860-810-1254 |
|---|---|

STREET ADDRESS, CITY, STATE AND ZIP CODE

1366 Sullivan Avenue, South Windsor, CT 06074

NAME IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(if more than one list below.)*

| NAME<br>Mazak Corporation | NO. OF EMPLOYEES/MEMBERS<br>**15+** | TELEPHONE NO. (include Area Code) |
|---|---|---|

STREET ADDRESS, CITY, STATE AND ZIP CODE
700 Old County Circle, Windsor Locks, CT 06096

| NAME | TELEPHONE NO. (include Area Code) |
|---|---|

STREET ADDRESS, CITY, STATE AND ZIP CODE

| CAUSE OF DISCRIMINATION BASED ON [Check appropriate box(es)]<br>☒ RACE ☐ NATIONAL ORIGIN ☒ RETALIATION ☒ SEX<br>☐ COLOR ☐ AGE ☐ RELIGION ☐ DISABILITY<br>☐ OTHER(*Specify*) | DATE DISCRIMINATION TOOK PLACE.<br>EARLIEST                    LATEST<br>6/26/22-ongoing<br>☒ CONTINUING ACTION |
|---|---|

The particulars of this charge of discrimination are set forth in my complaint number _____ which I filed with the Connecticut Commission on Human Rights and Opportunities on _____ which is attached hereto and incorporated as if fully set forth herein.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements)<br><br>My Commission Expires: Nov 10,2028<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br><br><br><br>Charging Party (Signature)          Date | SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>14ᵗʰ August, 2024 |

EEOC FORM, 212 (Revised 3/01)

## PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974, Public law 93-579; Authority for requesting the personal data and the uses are given below).

1. FORM NUMBER/TITLE/DATE. EEOC Form 5 CHARGE OF DISCRIMINATION, March 1984.

2. AUTHORITY. 42 U.S.C. §2000c-5(b), 29 U.S.C. §211, 29 U.S.C. §626.

3. PRINCIPAL PURPOSE(S). The purpose of the charge, whether recorded initially on this form or in some other way reduced to writing and later recorded on this form, is to invoke the jurisdiction of the Commission.

4. ROUTINE USES. This form is used to determine the existence of facts which fall within the commission's jurisdiction to investigate, determine, conciliate and litigate charges of unlawful employment practices. Information provided in this form will be used by the Commission employees to guide the Commission's investigatory activities.      This form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carry out the Commission's functions. A copy of this charge will ordinarily be served upon the person against whom the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Charges must be made in writing and should identify the parties, action, or policy complained of. Failure to have a charge which identifies the parties in writing may result in the Commission not accepting the charge. Charges under Title VII must be sworn to or affirmed. Charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to provide the requested information.

6. [    ]Under Section 706 of Title VII of the Civil Rights Act of 1964, as amended, this charge will be deferred to and will be processed by the State or local agency indicated. Upon completion of the agency's processing, you will be notified of its final resolution in your case. If you wish EEOC to give Substantial Weight Review to the agency's findings, you must send us a request to do so, in writing, within fifteen (15) days of your receipt of the agency's finding. Otherwise, we will adopt the agency's finding as EEOC's and close your case.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 706(a) of the Civil Rights Act of 1964, as amended, and Section 4(d) of the Age Discrimination in Employment Act of 1967, as amended, state:

> It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed a practice made an unlawful employment practice by this title or because he has made a charge, testified, assisted or participated in any manner in an investigation, proceeding or hearing under this title.

The Equal Pay Act of 1963 contains similar provisions. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.

## NOTICE OF RIGHT TO REQUEST REVIEW

This notice is to inform you that the charge to which you are a party, filed with both the Connecticut Commission on Human Rights and Opportunities (CCHRO) and the federal Equal Employment Opportunity Commission (EEOC), will be processed by the CCHRO.

In accordance with the Commission's Procedural Regulations, the Commission will accept the CCHRO's final finding or resolution of the charge and adopt it as its own unless a party to the charge requests the EEOC to conduct a review of the CCHRO's final action.

To exercise this right you must submit your request for review, in writing, to the EEOC office at the following address:

Equal Employment Opportunity Commission, John F. Kennedy Federal Building, 475 Government Center, Boston, MA 02203, **within fifteen (15) days** of the date on which you receive the CCHRO's notice of its final findings or resolution.

If you have any questions concerning this notice or your right to request review, please contact this office at (860) 566-7710.

## I ACKNOWLEDGE RECEIPT OF THIS NOTICE

<u>Mazak Corporation</u>
**Respondent**

**CHRO Number** _____      **EEOC Number** _____

**Signature of Complainant**

**Date:** ___8|14|2024___

**CONNECTICUT COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES**

**CHRO No.** _____
**Adrienne Young v. Mazak Corporation**

## Information Regarding Complaints Previously Filed With The Commission on Human Rights and Opportunities

PLEASE PROVIDE THE FOLLOWING INFORMATION:

☐ I HAVE FILED _____ PREVIOUS COMPLAINT(S) WITH CHRO.

DATE(S) OF FILING:_____

CHRO CASE NO(S):_____

REGIONAL OFFICE(S):_____

INCIDENT(S) ALLEGED:_____

☑ I HAVE NOT PREVIOUSLY FILED A COMPLAINT WITH CHRO.

I UNDERSTAND THAT FAILURE TO DISCLOSE THIS INFORMATION MAY DELAY PROCESSING OF MY COMPLAINT AND/OR RESULT IN ADVERSE CONSEQUENCES.

_____
**Complainant**

**Date:** ___8/14/2024___

# CONNECTICUT COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES

### NOTICE TO COMPLAINANT OF DUTY TO COOPERATE

I, Adrienne Young, understand that it is my duty to respond timely to any information and/or assistance requested of me by the Commission and to cooperate with the Commission at all times. Further, I understand that it is my sole duty and responsibility to notify the Commission of my whereabouts at all times throughout the pendency of this complaint and, in the event my address and/or telephone number changes, it is my duty to notify the Commission immediately. In this respect, I represent that the individual named below whose address and telephone number is as stated, will always know my whereabouts and can always contact me.

### This individual should be a friend or relative not living with you
### DO NOT LIST YOURSELF

Name Sandra Mitchello        Address 635 Burnside Ave 8B

City East Hartford   State CT        ZIP Code 06108

Telephone 860-922-3372   Email _____

Additionally, I promise to provide the Commission, within a period of time not to exceed two working days after my receipt of its copies of the following documents:  [check applicable spaces]

☒ Yes ☐ No (a) copies of any and all decisions and or determination(s) made by the Connecticut Department of Labor, Division of Unemployment Compensation, respecting my eligibility to receive Unemployment Insurance Compensation; ·

☒ Yes ☐ No (b) copies of any writings that my employer gives to the Connecticut Department of Labor as to its consent and/or objection to my receiving benefits;

☒ Yes ☐ No (c) copies of any transcript (s) and/or tape recordings of testimony given by myself and my employer to the Connecticut Department of Labor;

☐ Yes ☒ No (d) copies of any union grievance filed by co-workings or myself challenging the company's behavior, the outcome of any grievance etc., and;

☐ Yes ☒ No (e) other information, please describe:

_____

_____

_____

If any time the Commission is unable to contact me, the Commission will be deemed to have provided me with actual notice by mailing two letters, first class mail, to my last known address. It will be presumed that, once the letters have been mailed out that I have received the correspondence unless the letters are returned to the Commission by the Post Office.

For the purposes of the EEOC notice requirements, when the Commission is unable to contact me, a letter will be sent certified mail, return receipt requested. Once this letter has been mailed I will be deemed to have received actual notice.

By: _____   Dated: __8/14/2024__

### [Complainant must sign the original of this form and be given a copy.]

**CONNECTICUT COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES**

**CHRO No. _____**
**Adrienne Young v. Mazak Corporation**


**AUTHORIZATION TO RELEASE**
**INFORMATION FROM THE RECORDS OF**


Adrienne Young
**(Name of Undersigned)**

I authorize disclosure by Mazak Corporation, 700 Old County Circle, Windsor Locks, CT 06096
**(Address)**

to the representative of the CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES of the information and record specified below that concern my complaint filed with the COMMISSION.

☐ Medical Records

☒ Personnel Records

☐ Credit Rating, or information as listed below:

_____

_____

**Signature of Complainant** _____       **Date:** ___8/14/2024___

**Date of Birth:** ___9/21/1980___

1366 Sullivan Avenue, South Windsor, CT 06074
**(Address)**

860-810-1254
**(Telephone Number with Area Code)**

# CONNECTICUT COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES

## COMPLAINANT WITNESS LIST

CHRO No. _____
**Adrienne Young v. Mazak Corporation**

☑ I IDENTIFY THE FOLLOWING WITNESSES AT THIS TIME

| Witness Name, Address and Telephone | Relationship to Incidents Alleged | List Specifics to which this person can testify |
|---|---|---|
| Jim Rutan 610-248-3570 (NY) | General Manger | Georgette DAvis was told not to Show me anything |
| Greg Kaufman (CT) 201-388-6932 (CT) | General Manager | Had no Knowlege of an Auditor or profit loss For Region |
| Kim Grape (CT) 860-944-5559 | co coworker | She did not have online Archives enabled or her pc |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐ I HAVE NO WITNESSES AT THIS TIME.

**Complainant's Signature**          Date: 8/14/2024



MAZAK CORPORATION

8025 Production Drive • P. O. Box 970 • Florence, Kentucky 41022-0970   Telephone (859) 342-1700

May 24, 2017

Andrienne Young
58 Tolland St.
East Hartford CT, 06108

Dear Ms. Young:

We are pleased to make you a formal job offer for a full-time position for a Office Supervisor based out of our Hartford office. Your salary will be $55,000 annually. This is a non-exempt position, which means you are eligible to receive overtime.

As an employee of Mazak you will be entitled to receive the entire Mazak benefits package after all required waiting periods, if required, have been met. I have enclosed all insurance booklets and an associate handbook. Also included is a short summary of the primary benefits. 401(k) information will be mailed to your home once you have met the required waiting period. Please review the benefits before your new employee orientation during which time a more thorough explanation will occur.

This offer is valid only if you pass a mandatory criminal background check and drug screening. The results of your physical must show the ability to perform the essential functions of the position offered.

Employment with Mazak does require that you sign a "Trade Secrets and Confidentiality Agreement." I have enclosed this document for your review.

We are looking forward to you starting your new position and are excited about you joining our company.

Sincerely Yours,

Signature of Acceptance

*Angie Herolaga*

Angie Herolaga
Employment Manager

Fax: Admin. 859-342-1710 • Sales 859-342-1865 • Service/Parts 859-342-1833        The Other Thoroughbred From Kentucky

**Mazak**

**MAZAK CORPORATION**

# New Bi-Weekly Team Member Checklist (Excluding Sales and Service)

## EMPLOYEE INFORMATION

Name: Adrienne Young

Job Title: Office Supervisor

Department: Sales

Start date: 6/29/17

Manager: Steve Wilkins

Shift: 1st

## Review and Discuss the Following: (to be explained by HR Manager)

- ☐ Job Title, Labor Grade (If Applicable)
- ☐ Communications, Bulletin Boards
- ☐ Job Postings
- ☐ Parking
- ☐ Overtime Compensation for Non-Exempt
- ☐ Pay Period, Pay Day
- ☐ Complaint Procedure
- ☐ Tuition Reimbursement
- ☐ Credit Union
- ☐ Breaks and Lunch Policy
- ☐ Industrial Injury/Reporting Procedure
- ☐ Phone Procedures and Personal Phone Calls

- ☐ Medical- PPO-HDP
- ☑ Dental- 90 days
- ☐ Vision- Day 1 Benefit
- ☐ Short Term Disability- 90 days
- ☐ Long Term Disability- 1st of month after 90 days
- ☐ Life Insurance- Basic Life and AD&D, Optional Life and AD&D- 1st of month after 90 days
- ☐ Section 125
- ☐ 401K
- ☐ Vacation Time- 6 month, 1 yr.
- ☐ Personal Time- (Non-Exempt) 8 hrs. first day, 16 hrs. after 90 days
- ☐ Sick Time- (Non-Exempt) 24 hrs. after 1 yr.

- ☐ Sick Time- (Exempt)
- ☐ Holidays- Day 1 benefit
- ☐ Lates/Leave Early/Absent
- ☐ Jury Duty
- ☐ Leave of Absence
- ☐ Early Evaluation Period- 30-60-90 days
- ☐ Performance/Salary Reviews
- ☐ Corrective Action
- ☐ Appropriate Attire: Uniform, Glasses, Steel Toed Boots
- ☐ View Anti-Harassment Video
- ☐ Review Paycor Information

## Review and Discuss the Following: (Supervisor/Department Manager)

- ☐ Establish Training Period
- ☐ Who is the Trainer:_____
- ☐ Explain Job Duties

- ☐ Explain Safety Procedures
- ☐ Time Sheet Preparation
- ☐ Quality Policy (Production Only)

## Tour of the Following areas: (Supervisor/Department Manager)

- ☐ Vending
- ☐ Fire Exits
- ☐ First Aid Facility

- ☐ Cafeterias
- ☐ Locker Rooms (Production Only)
- ☐ Washrooms (Production Only)

- ☐ Timeclocks (If Applicable)

## Paperwork Received by HR In Orientation:

- ☑ Federal Tax Withholding (W-4)
- ☑ State Tax Withholding
- ☐ I-9 Form
- ☐ Employee Survey
- ☐ E.E.O. Form
- ☑ Direct Deposit w/Cancelled Check
- ☑ Trade Secret & Confidentiality Agreement
- ☐ Non-Compete and Trade Secret Agreement (Application Engineers Only)
- ☐ Parking Permit (if applicable)
- ☑ Dental Enrollment Form
- ☑ Signed Handbook Acknowledgement
- ☐ Anti-Harassment Acknowledgement

- ☐ Copy of Social Security Card
- ☐ Photo for Personnel File
- ☐ Key Fob Received
- ☐ Health Insurance Enrollment Form
- ☐ Health Insurance Cancellation (if applicable, copy of insurance card)
- ☐ Health Insurance Payroll Deduction
- ☐ Spousal Eligibility
- ☑ Vision Enrollment Form
- ☐ Life and Disability Insurance Forms
- ☐ Section 125 Enrollment Form

## Information to Receive Back Within the First Week of Employment:

- ☐ Signed Orientation Sheet- by Supervisor/Mgr/Employee/HR
- ☐ Paycor Login Information Received

- ☐ Certificate of Completion of E-Learning Lock Out/Tag Out Video (Application Engineers Only)

*I understand all of the above which has been explained to me.*

_____
Employee Signature/Date

_____
Human Resources/Date

_____
Supervisor or Dept. Mgr./Date

## Young, Adrienne

**From:**       Young, Adrienne
**Sent:**       Friday, May 26, 2017 8:42 AM
**To:**         Lower, Katie
**Subject:**    My FedEx Pkg

**Categories:**                 Folder: Adrienne Young (Archive)\~SENT

Great morning Katie,

I just want to let you know that I received your package this morning from my neighbor, not sure why they dropped it off on their step and they didn't give it to me last night but it has arrived,

Either which way I now have it and I will fill out of all my paperwork and have it back in the FedEx box by tonight so you can have first thing Monday morning.

I did not want to bring it here and fill out the documents so I will complete them tonight.

Have a safe and happy Memorial Day weekend!

Thanks

1

### Applicant Affirmative Action Program Self Identification Form

**Required Information**

Name: _Adrienne Yang_        Date of Application: _5\28\17_

Position(s) for which you are applying: _Office Supervisor_

**Voluntary Information**

Mazak Corporation is a government contractor and to comply with the regulations for equal employment opportunity and affirmative action (EEO/AA), we must track our applicants by gender and race/ethnicity and the position they applied for to the government. We are an organization that values diversity and encourages women and minorities to apply. For this reason, we invite you to indicate your gender and race/ethnicity below. This information is kept safe separate from your application.

Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. Responses will remain confidential within the Human Resources Department; and will be used only for the necessary information to include in our Affirmative Action Program and reporting requirements to the government. When reported, data will not identify any specific individuals.

**Gender:**        ☐ Male        ☒ Female        ☐ I do not wish to disclose

**Definitions of race/ethnicity are on the next page (as defined by the Equal Employment Opportunity Commission).**

**Race/Ethnic Identification (Check one):**

**Are you Hispanic or Latino?** ☐ Yes        ☒ No

**If you answered "Yes" you have completed this form. If you answered "No" please select a race from the options below.**

☐ White (Not Hispanic or Latino        ☐ American Indian or Alaska Native (Not Hispanic or Latino)

☒ Black or African American (Not Hispanic or Latino)        ☐ Two or More Races (Not Hispanic or Latino)

☐ Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino)        ☐ I do not wish to disclose

☐ Asian (Not Hispanic or Latino)

**Angie Herolaga**
**Employment Manager**
**Phone: (859) 342-1822 Fax: (859) 342-1566**



WWW.MAZAKUSA.COM

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission is intended by Mazak Corporation for the use of the named individual or entity to which it is directed and may contain information that is confidential and/or proprietary. If you receive this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the sender's address record can be corrected.

----- Forwarded by Angie Herolaga/MazakCorp on 06/09/2017 09:02 AM -----

| | |
|---|---|
| From: | Adrienne Young/MazakCorp |
| To: | Angie Herolaga/MazakCorp@MazakCorp, |
| Date: | 06/09/2017 08:21 AM |
| Subject: | Documents regarding my level of Education |

Great morning Angie,

I was able to obtain the 3rd party collection agencies phone number from the University of Phoenix who refused to give me any information only a telephone number of whom the school has apparently sold my debt too.

I am unable to get anything from them until I pay the balance of $2,450.00.

I can get them to send me an email showing this balance if it helps any.

I asked if I could even obtain an unofficial transcript and they will not release anything to me until they are paid in full.

I have never worried to much about the debt seeing they can never take back my level of education and although I will eventually get that piece of paper it has not stopped me from continuing my education.

Attached are the two official transcripts copies which I have the enveloped copies sealed and never opened.

Please advise as soon as time permits for I am suppose to board the airplane at 8am Monday morning.

Thank you for your time,

Adrienne Young

**Adrienne Young**
**Service Secretary**
**Phone: (860) 292-4400 Fax: (860) 654-0753**



WWW.MAZAKUSA.COM

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission is intended by Mazak Corporation for the use of the named individual or entity to which it is directed and may contain information that is confidential and/or proprietary. If you receive this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify

## Young, Adrienne

| | |
|---|---|
| **From:** | Young, Adrienne |
| **Sent:** | Friday, June 9, 2017 9:16 AM |
| **To:** | Lower, Katie |
| **Subject:** | Re: Fw: Documents regarding my level of Education |

| | |
|---|---|
| **Categories:** | Folder: Adrienne Young (Archive)\~SENT |

Thank you!

| | |
|---|---|
| From: | Katie Lower/MazakCorp |
| To: | Adrienne Young/MazakCorp@MazakCorp |
| Date: | 06/09/2017 09:09 AM |
| Subject: | Fw: Documents regarding my level of Education |

Andrienne,

Since the associates is not required for your position we are just going to verify your high school diploma. I will put a rush on that to try to get it done today.

However, we are still waiting on part of your drug test to come back. We will need this for you to be able to start on Monday. I will keep checking today and try to get it.

I'll be in touch.

Thanks,


**Katie Lower**
**HR Clerk**
**Phone: (859) 342-1844 Fax: (859) 342-1566**



**WWW.MAZAKUSA.COM**

----- Forwarded by Katie Lower/MazakCorp on 06/09/2017 09:04 AM -----

| | |
|---|---|
| From: | Angie Herolaga/MazakCorp |
| To: | Katie Lower/MazakCorp@MazakCorp, |
| Date: | 06/09/2017 09:03 AM |
| Subject: | Fw: Documents regarding my level of Education |

1

the version on the reporter repORt annual versionale   werker    able    er, und    in tex, un, end ----- Forwarded by Adrienne Young/MazakCorp on 06/09/2017 08:13 AM -----

From:       ricohcopier@mazakcorp.com
To:         AYoung@Mazakcorp.com
Date:       06/09/2017 08:12 AM
Subject:


This scan was delivered by the Ricoh MFD[attachment "20170609081256.pdf" deleted by Adrienne Young/MazakCorp]

the version on the reporter repORt annual versionale   werker    able    er, und    in tex, un, end

3



MAZAK CORPORATION

8025 Production Drive · Florence, Kentucky 41042 Telephone (859) 342-1700

# MEMORANDUM

TO:        All Mazak Associates

FROM:      Dan Kruse

DATE:      August 14, 2017

SUBJECT:   Organizational Changes


Effective immediately, we are pleased to announce the following organizational changes at Mazak Corporation.

Kevin Sekerak will return to Production to assume the position of Production Manager. He will report directly to Ben Schawe. Over his career at Mazak, Kevin has garnered vast experience working in multiple positions within our production plant which will translate well to his new role.

Alan Huber will transfer to Sales Engineering to assume the position of Manager of Automation Services. In this role he will report to Paul Robinson. Additionally, Alan will team up with Mike Kerscher to serve as a co-manager responsible for development and oversight of the IMTS show.

Aimee Shandy will continue in her role as Manager of Promotional Events with oversight of local and regional manufacturing program events, coupled with lending support to the IMTS team.

Please provide all necessary support and assistance to each individual in their new responsibilities.

## Young, Adrienne

| | |
|---|---|
| **From:** | Young, Adrienne |
| **Sent:** | Monday, June 12, 2017 1:56 PM |
| **To:** | Petitti, Kurt |
| **Subject:** | My son |

| | |
|---|---|
| **Categories:** | Folder: Adrienne Young (Archive)\~SENT |

Hello I need to leave for the day, my son has an emergency at his school.

He is expected to be o.k.

I will not be returning.

Please call me if you need me.

Thanks Kurt

| | |
|---|---|
| From: | Katie Lower/MazakCorp |
| To: | Adrienne Young/MazakCorp@MazakCorp |
| Date: | 06/12/2017 01:46 PM |
| Subject: | phone |

I will call you back ASAP. Doing a phone interview. Sorry!

**Katie Lower**
**HR Clerk**
**Phone: (859) 342-1844 Fax: (859) 342-1566**



**WWW.MAZAKUSA.COM**

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission is intended by Mazak Corporation for the use of the named individual or entity to which it is directed and may contain information that is confidential and/or proprietary. If you receive this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or call the sender's address indicated record you in connected.

## Young, Adrienne

| | |
|---|---|
| **From:** | Young, Adrienne |
| **Sent:** | Monday, June 19, 2017 12:01 PM |
| **To:** | Lower, Katie |
| **Subject:** | Paperwork |

| | |
|---|---|
| **Categories:** | Folder: Adrienne Young (Archive)\~SENT |

Good morning,

Attached are the signed documents for your review, which I will bring the originals with me upon arrival to KY.

Also note that I needed to access my health insurance information off of the website from Access Health.

Access Health will submit our insurance cards via mail which shows the effective dates of being January 1, 2017 to December 1, 2017 for the kids and mines expires on June 1, 2018.

As soon as I get the cards I will be able to submit those to you as well.

Any additional questions please contact me.

I am now leaving for the day for my Son is graduating to high school today at 1pm.

Thanks in advance,
Adrienne Young
----- Forwarded by Adrienne Young/MazakCorp on 06/19/2017 11:57 AM -----

| | |
|---|---|
| From: | ricohcopier@mazakcorp.com |
| To: | AYoung@Mazakcorp.com |
| Date: | 06/19/2017 11:50 AM |
| Subject: | |

20170619115036....

This scan was delivered by the Ricoh MFD

1

information that is confidential and/or proprietary. If you receive this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the sender's address records can be corrected.

Steven Wilkins---07/12/2017 09:38:28 AM---Adrienne Is Georgette being cooperative in showing you office operations and procedures?

From: Steven Wilkins/MazakCorp
To: Adrienne Young/MazakCorp@mazakcorp
Date: 07/12/2017 09:38 AM
Subject: Office

Adrienne
Is Georgette being cooperative in showing you office operations and procedures?

Sent from my iPhone
Steven Wilkins
**Steven Wilkins**
**General Manager**
**North East Region**
**Windsor Locks**
**CT**
**Phone: (860) 292-4400 Fax:**

<2.662.jpeg> <2.25FC.gif>

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission is intended by Mazak Corporation for the use of the named individual or entity to which it is directed and may contain information that is confidential and/or proprietary. If you receive this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the sender's address records can be corrected.

## Young, Adrienne

**From:**  Wilkins, Steven
**Sent:**  Wednesday, July 12, 2017 10:34 AM
**To:**  Young, Adrienne
**Subject:**  Re: Office
**Attachments:**  mime.jpg

**Categories:**  Folder: Adrienne Young (Archive)\~INBOX

Hang in there

Sent from my iPhone
Steven Wilkins

**Steven Wilkins**
**General Manager North East Region Windsor Locks CT**
**Phone: (860) 292-4400 Fax:**



WWW.MAZAKUSA.COM

On Jul 12, 2017, at 9:58 AM, Adrienne Young <AYoung@Mazakcorp.com> wrote:

> She was very hesitate and procrastinating so I kept pushing the subject of needing this training :)
>
> She wants to give me a headache, however, I am to enthusiastic about this new position to let her :)
>
> All is well, it's an informative start.
>
> See you when you return.
>
> Thank you BOSS man!
>
> **Adrienne Young**
> **Service Secretary**
> **Phone: (860) 292-4400 Fax: (860) 654-0753**
>
> <1.1AA.jpeg>

## Young, Adrienne

| | |
|---|---|
| **From:** | Rutan, James |
| **Sent:** | Saturday, July 15, 2017 10:07 AM |
| **To:** | Reilly, Dave; Beach, Sandy |
| **Cc:** | Young, Adrienne; Wilkins, Steven |
| **Subject:** | Fw: Training for Adrienne Young July 17-21, 2017  (revision ) |

**Categories:**            Folder: Adrienne Young (Archive)\~INBOX

Dave -

We are now arriving first thing Monday morning.  Could you please begin the training after lunch at 1:00 PM on Monday?
Thanks!

Sandy -

I will be leaving early Tuesday morning.  Could we please have Adrienne use the fleet company car we have so we don't
have to pay for a rental car?  Thanks!

Best regards,

**James  Rutan**
**District Sales Manager**
**Phone: (800)-436-8900 Fax: (610)-481-0851**



**WWW.MAZAKUSA.COM**

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission is intended by Mazak Corporation for the use of the named individual or entity to which it is directed and may contain information that is confidential and/or proprietary. If you receive this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the sender's address record can be corrected ----- **Forwarded by James**
Rutan/MazakCorp on 07/15/2017 10:04 AM -----

| | |
|---|---|
| From: | Steven Wilkins/MazakCorp |
| To: | Gary Vice/MazakCorp@MazakCorp, Andrew Szybisty/MazakCorp@MazakCorp, Daniel J. Sweeney/MazakCorp@MazakCorp, Sylvia Phillips/MazakCorp@MazakCorp, Ximena Burton/MazakCorp@MazakCorp, Lauren Kasey/MazakCorp@MazakCorp, Harvey Martin/MazakCorp@MazakCorp, Mia Wang/MazakCorp@MazakCorp, Sara Algeri/MazakCorp@MazakCorp, Steve Trammel/MazakCorp@MazakCorp |
| Cc: | James Rutan/MazakCorp@MazakCorp, Sandy Beach/MazakCorp@MazakCorp, Tasha Riddell/MazakCorp@MazakCorp, Aimee Shandy/MazakCorp@MazakCorp, Angie Herolaga/MazakCorp@MazakCorp, Brian Papke/MazakCorp@MazakCorp, Daniel Janka/MazakCorp@MazakCorp, Adrienne Young/MazakCorp@MazakCorp, Steven Wilkins/MazakCorp@MazakCorp |
| Date: | 06/28/2017 04:53 PM |
| Subject: | Training for Adrienne Young July 17-21, 2017  (revision ) |

Since we were not able to get Adrienne Young down to Kentucky for administrative training back in June, I would like to
reschedule and check with everyone their availability for the week of July 17-21.

The revised proposed schedule is attached.
Please let me know this week  if you or someone else from your area will be available to assist in the training of Adrienne.
I'd like to make her flight arrangements this week.

1

Thanks



Proposed Training
  Schedule for...

**Steven  Wilkins**
**General Manager**
**North East Region**
**Windsor Locks**
**CT**
**Phone: (860) 292-4400 Fax:**



WWW.MAZAKUSA.COM



The information contained in this electronic mail transmission may be privileged and confidential, and therefore, protected from disclosure. If you are not the intended recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify



mime.jpg

the sender of the error by reply email so that our address record can be corrected.

2

**Proposed Training Schedule for Adrienne Young July 17 - 21, 2017**

**Monday July 17, Arrive Early Afternoon**

Meet individuals at Mazak, & Tour Facility: **Host Jim Rutan**

**Tuesday July 18, - Wednesday July 19**

**Sales Administration Training, Host:  Dave Reilly, Sara Algeri**

*Training to include all required procedures including familiarization of AS 400 information/ locations, including all required paper work, from the region to process and enter new orders, change orders, and Ringi- Sho procedures, not limited to and including procedures for consignments and loaner machines. In addition training to include process for submitting and updating monthly forecasts and time lines, processing commission payments with all proper support documentation,*

**Wednesday July 19/ Afternoon**

**Traffic Training Host: Gary Vice, Andy Szybisty**

*Traffic of machine movement and shipments to customers. Review all required paper work, were to find machine weights and dimensions and contact information with Mazak shipping & rigging providers. What should be on a Bill of Lading? Etc.*

 **Thursday July 20 – Friday July 21**

**Training in Mazak Accounting Procedures, Host: Dan Sweeney, Lauren Kasey, & Harvey Martin, Mia Wang**

*Training to include but not limited to:*
*1.)    Machine collections?*
*2.)    Parts collections?*
*3.)    Month-end AR adjustments?*
*4.)    Preparing for the BPI meeting? (Business Process Improvement)*
*5.)    Running AR trial balances for Machines and/or parts AR? (This is necessary for proper collections of AR accounts)*
*6.)    Running the Machine Out report*
*7.)    AP -- Check request and ACH procedures*
*8.)    AR VeriCore procedures - when and how to refer past due customer to VeriCore collections*
*9.)    AR write off procedures - your region is not following procedures*
*10.) Salesman commissions*
*11.) Potential orders - Pulling a DNB report (getting new person set up in DNB as a user)*
*12.) How to read and understand a DNB report so this information can be communicated to your salesmen early in the project/order process*
*13.) Sales tax exemption certificates*
*14.) UCC filings - importance of Security Agreement and customer information form*

**Mazak Finance (MCC)   Host: Ximena, & Sylvia** review of programs, rate changes, and procedures.



# WWW.MAZAKUSA.COM

CONFIDENTIALITY NOTICE: The information contained in this electronic mail transmission is intended by Mazak Corporation for the use of the named individual or entity to which it is directed and may contain information that is confidential and/or privileged. If you received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the sender's address records can be corrected.

----- Forwarded by Robin Chambers/MazakCorp on 07/20/2017 01:18 PM -----

From:         ricohcopier@mazakcorp.com
To:           RChambers@mazakcorp.com
Date:         07/20/2017 11:22 AM
Subject:

     

20170720112319....     mime.jpg

This scan was delivered by the Ricoh MFD

2

## Young, Adrienne

| | |
|---|---|
| **From:** | Wilkins, Steven |
| **Sent:** | Thursday, July 20, 2017 1:33 PM |
| **To:** | Young, Adrienne; Grape, Kimberly; Davis, Georgette; Kaufman, Greg |
| **Cc:** | Rutan, James |
| **Subject:** | Fw: Curtiss-Wright account information |
| | |
| **Categories:** | Folder: Adrienne Young (Archive)\~INBOX |

I would like to have the four of you to familiarize yourselves with this new procedures.
Please see the on-line training dates and get yourselves up to speed.
Let me know you received this e-mail and that you have completed this training from Curtiss- Wright
Thank you

**Steven  Wilkins**
**General Manager**
**North East Region**
**Windsor Locks**
**CT**
**Phone: (860) 292-4400 Fax:**

 

WWW.MAZAKUSA.COM

_(illegible disclaimer text)_ **----- Forwarded by Steven Wilkins/MazakCorp on 07/20/2017 01:29 PM -----**

| | |
|---|---|
| From: | Robin Chambers/MazakCorp |
| To: | Chuck Birkle/MazakCorp@MazakCorp, Steven Wilkins/MazakCorp@MazakCorp, Ray Buxton/MazakCorp@MazakCorp, Dave Kennedy/MazakCorp@MazakCorp, cpapke@mazakcorp.com. |
| Cc: | AR Houston@MazakCorp, AR Kentucky@MazakCorp, AR Canada@Mazakcorp, AR Hartford@MazakCorp, AR Atlanta@MazakCorp |
| Date: | 07/20/2017 01:21 PM |
| Subject: | Curtiss-Wright account information |

I received the attached information for Curtiss-Wright in the mail. Please review.
Thank you Robin

**Robin  Chambers**
**Parts Specialist**
**Phone: (888) 462-9251 Fax: (859) 342-1350**

1